IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JEREL R. MCELROY**                                                                                **PLAINTIFF**

V.                                    CASE NO. 5:24-CV-5022

**DETENTION OFFICER DAVID POLLOCK,**
Benton County Detention Center (BCDC);
**JOHN OR JANE DOE DETENTION OFFICERS, BCDC;**
and **SHERIFF SHAWN HOLLOWAY**                                                         **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 11) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Upon preservice screening of the Complaint under 28 U.S.C. § 1915A, the Magistrate Judge recommends dismissing certain claims without prejudice and allowing others to proceed.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, the Court **ORDERS** as follows:

1. Plaintiff's claims against Defendants Holloway, Pollock, and John and Jane Doe Detention Officers for conduct that allegedly occurred in October 2019 (claims 1 and 3) are **DISMISSED WITHOUT PREJUDICE**.

2. Defendant Shawn Holloway **IS TERMINATED** as a Defendant in this matter.

3. Plaintiff's official capacity claims against Defendants Pollock and John and Jane Doe Detention Officers are **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff's individual capacity claim against Defendants Pollock and Jane and John Doe Detention Officers for allegedly placing him in "lockdown" from November 8, 2021, to December 10, 2021, without due process of law in violation of the Fourteenth Amendment **SHALL PROCEED**.

5. Plaintiff's individual capacity claims against Defendants Pollock and Jane and John Doe Detention Officers alleging that the conditions of "lockdown" violated his constitutional rights under the Fourteenth Amendment **SHALL PROCEED**.

**IT IS SO ORDERED** on this 11th day of March, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE