IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JEREL R. MCELROY**                                                                                **PLAINTIFF**

V.                                    CASE NO. 5:24-CV-5022

**DEPUTY DAVID POLACK;
JOHN OR JANE DOE DETENTION OFFICERS;
DETENTION OFFICER D. STAMPS; and
LEVI FRANKS, BCDC**                                                                     **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 53) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The R&R recommends that Defendant Deputy David Polack be dismissed without prejudice, consistent with Federal Rule of Civil Procedure 4(m), for lack of service.

On October 17, 2024, Plaintiff Jerel R. McElroy filed an Objection to the R&R (Doc. 59) explaining the wrongs Defendant Polack allegedly committed and asking that the service deadline be extended until February 25, 2025. The Court has reviewed the case *de novo* and **OVERRULES** the Objection. As the R&R explains, Mr. McElroy filed his Complaint on January 24, 2024. The Court attempted to serve Defendant Polack five separate times at five different addresses and, despite these efforts, was not successful. No further service extensions are justified under these circumstances.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN FULL**. Separate Defendant Polack is **DISMISSED WITHOUT PREJUDICE** for lack of service, and the

Clerk of Court is directed to **TERMINATE** him as a party to this action. The lawsuit remains referred to the Magistrate Judge.

    **IT IS SO ORDERED** on this 23rd day of October, 2024.

                                                  */s/ Timothy L. Brooks*
                                                TIMOTHY L. BROOKS
                                                UNITED STATES DISTRICT JUDGE