IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JEREL R. MCELROY**                                                                 **PLAINTIFF**

V.                          CASE NO. 5:24-CV-5022

**JOHN OR JANE DOE DETENTION OFFICERS, BCDC;**
**DETENTION OFFICER D. STAMPS,**
Benton County Detention Center; and
**LEVI FRANKS, BCDC**                                                                **DEFENDANTS**

<u>ORDER</u>

Comes on for consideration the Report and Recommendation (Doc. 92) filed in this case on September 4, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that:

(1) The Motion for Summary Judgment by Defendants Stamps and Franks (Doc. 77) is **GRANTED**, and the claims against them are **DISMISSED WITH PREJUDICE**;

(2) the claims against the John and Jane Doe Defendants are dismissed as follows:

1

(a) the claims against them for their purported involvement in the 2019 excessive force incident are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(a);

(b) the claims against the John and Jane Doe Defendants for purportedly retaliating against Plaintiff by placing him on "lock down" on or about November 13, 2021, are **DISMISSED WITH PREJUDICE**; and

(c) any other claims against the John and Jane Doe Defendants are **DISMISSED WITHOUT PREJUDICE**.

The case is **CLOSED**, and judgment shall enter contemporaneously with this Order.

**IT IS SO ORDERED** on this 24th day of September, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE